Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

James Evans

                                Plaintiff(s)

v.

Jaguar Land Rover North America, LLC
and Does 1-50, et al.
                                Defendant(s)

CASE No C   4:24-cv-05538-HSG

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)

   **Private mediation before Ronald Akasaka or Sean Ramia of SMART ADR (https://smartadr.com/)**

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline:  **3/26/2025**

Date:  **11/26/205**

Attorney for Plaintiff

Date:  **11/26/205**

*/s/ James P. Mayo*

Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  **12/2/2024**

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form