UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>        Defendant. | Case No. 24-cv-05538-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on November 26, 2024. Having considered the parties' proposal, *see* Dkt. No. 17, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings | January 24, 2025 |
| Close of Fact Discovery | April 25, 2025 |
| Exchange of Opening Expert Reports | May 12, 2025 |
| Exchange of Rebuttal Expert Reports | May 26, 2025 |
| Close of Expert Discovery | June 9, 2025 |
| Dispositive Motion Hearing Deadline | July 24, 2025, at 2:00 p.m. |
| Pretrial Conference | October 21, 2025, at 3:00 p.m. |
| Jury Trial (4 days) | November 10, 2025, at 8:30 a.m. |

//
//
//
//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/2/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge